USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         : 08 CR 1345 (VM)
         -against-                       :    ORDER
                                         :
ERNIS FEBUS et al.,                      :
                                         :
              Defendants.                :
------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the defendant, Ernis Febus, surrender to the United States Marshall for this district on October 2, 2009.

**SO ORDERED:**

Dated:   New York, New York
         2 October 2009

                                         _____
                                         Victor Marrero
                                         U.S.D.J.