| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>UNITED STATES OF AMERICA<br><br>— against —<br><br>ERNIS FEBUS,<br><br>Defendant. | DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10-5-09<br><br>08 Cr. 1345-02 (VM)<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing of the above-captioned defendant has been scheduled before Judge Marrero in Courtroom 20B for October 30, 2009 at 10:45 a.m.

**SO ORDERED.**

Dated:   New York, New York
         5 October 2009

_____
Victor Marrero
U.S.D.J.